— 1 —

| Date | Pleading Number | |
|---|---|---|
| 4/20/76 | 1. | MOTION & SUPPORTING MEMORANDUM -- 86 of the 88 company/plaintiffs and intervenor-plaintiffs -- w/Schedule A (63 actions); certificate of service on counsel & clerks of court; and Exhibits A through D<br>SUGGESTED TRANSFEREE FORUM: District of Delaware |
| 4/29/76 | 2 | SUPPLEMENT TO MOTION -- w/cert. of service and exhibit to add the following action:<br>B-1 Federal Trade Commission v. Air Products and Chemicals, Inc. D.D.C., 76-0064 |
| 4/30/76 | 3 | STATEMENT OF SUPPORT OF MOTION -- AMERICAN CYANAMID CO., ANHEUSER-BUSCH, INC., ATLANTIC RICHFIELD CO., THE BLACK AND DECKER MFG. CO., CATERPILLAR TRACTOR CO., CONGOLEUM CORP., CITY INVESTING CO., CONSOLIDATED FOODS CORP., DEL MONTE CORP., THE DOW CHEMICAL CO., EXXON CORP., GENERAL MILLS, INC., H. J. HEINZ CO., HEUBLEIN, INC., ICI AMERICAS INC., KOPPERS CO., INC., LITTON INDUSTRIES, INC., MARTIN MARIETTA CORP., MEAD CORP., PACCAR INC., PEPSICO., INC., PHILLIPS PETROLEUM CO., ROCKWELL INTERNATIONAL CORP., SHELL OIL CO., STANDARD OIL COMPANY OF CALIF., STANDARD OIL CO., (INDIANA), STANDARD PRESSED STEEL CO., SUNBEAM CORP., TIMEX CORP., UNITED BRANDS CO., WEST POINT-PEPPERELL, INC., w/cert. of service |
| 5/3/76 | | REQUEST FOR EXTENSION OF TIME -- Aluminum Co. of America, et al. and Ashland Oil, Inc., and Tesoro Petroleum Corp.<br>EXTENSION TO FILE RESPONSES GRANTED TO ALL -- To May 19, 1976<br>Notified counsel |
| 5/3/76 | | APPEARANCES: JACK E. THORNTON, ESQ. -- Comptroller General of the U.S.<br>GERALD P. NORTON, ESQ. -- FTC, Lewis A. Engman, Paul Rand Dixon, Mayo J. Thompson, M. Elizabeth Hanford, Stephen Nye<br>LEE A. RAU, ESQ. -- American Air Filter Co., Inc., American Home Products Corp., A. O. Smith Corp., Bemis Co., Inc. Burlington Industries, Inc., The Carrier Corp., Celanese Corp., Digital Equipment Corp., Eagle-Pitcher Industries, Inc., Eaton Corp., Jim Walter Corp., The LTV Corp., Mine Safety Appliances Co., Monsanto Co., Outboard Marine Corp., Pittsburgh Forgings Co., Raytheon Co., Reichhold Chemicals Inc., Revere Copper and Brass Inc., Reynolds Metals Co., Texas Instruments, Inc., Wheeling-Pittsburgh Steel Corp., W.R. Grace & Co., Xerox Corp.<br>STUART H. HARRIS, ESQ. -- American Cyanamid Co., Anheuser-Busch Inc., The Black and Decker Mfg. Co., Caterpillar Tractor Co., The CECO Corp., Cities Service Co., City Investing Co., Congoleum Corp., Consolidated Foods Corp., Del Monte Corp., The Dow Chemical Co., Exxon Corp., General Mills, Inc., H. J. Heinz Co., Heublein, Inc., Household Finance Corp., ICI Americas, Inc., Koppers Co., Litton Industries, Inc., McGraw-Edison Co., Martin Marietta Corp., Mead Corp., National Gypsum Co., Olympia Brewing Co., Oxford Industries Inc., Paccar Inc., Pepsico, Inc., Phillips Petroleum Co., Rockwell International Corp., Shell Oil Co., Simplicity Pattern Co., Inc., Simpson Timber Co., Standard Oil of California, Standard Oil Company (Indiana), Standard Pressed Steel Co., Sunbeam Corp., Timex Corp., United Brands Co., West Point-Pepperell, Inc.<br>JACK LIPSON, ESQ. -- Lone Star Industries, Inc., Hoffman La Roche Inc., Great Western United Co |

| Date | Pleading Number | |
|---|---|---|
| 5/3/76 | | APPEARANCES -- Continued |
| | | DONALD J. MULVIHILL, ESQ. -- The Great Atlantic & Pacific Tea Co., Hoover Ball and Bearing Co. |
| | | ROBERT E. JORDAN, III, ESQ. -- Atlantic Richfield Co. |
| | | FRANK P. CIHLAR, ESQ. -- Cargill, Inc., CPC Internationa, Inc., Hart Schaffner & Marx, Inland Steel Co., Northwest Industries, Inc., Oscar Mayer & Co., Inc., Ross Industries Inc., Sundstrand Corp. |
| | | JAMES F. RILL, ESQ. -- Carpenter Tehcnology Corp. |
| | | JOHN F. MCCLATCHEY, ESQ. -- Hobart Corp. |
| | | IRA M. MILLSTEIN, ESQ. -- Aluminum Co. of America, Armco Steel Corp., The Coca-Cola Company, General Electric Co., General Motors Corp., The B. F. Goodrich Company, International Harvester Co., International Paper Co., KRAFTCO Corp., Owens-Illinois, Inc., Union Carbide Corp. |
| | | JOHN S. KOCH, ESQUIRE -- Chamber of Commerce of the United States, Allegheny Ludlum Industries, Inc., Aluminim Company of America, American Can Company, Anchor Hocking Corp., Armco Steel Corp., Armstrong Cork Co., ASARCO Inc. Broackway GlassCo., Inc., Brown Group, Inc., Cabot Corp., Campbell Soup Co., Carnation Co., The Coca-Cola Co., Dairylea Cooperative, Inc., Diamond International Corp., Dr. Pepepr Co., E. I. DuPont Denemours & Co., Eli Lilly and Co., Emery Industries, Inc. Faberge, Inc., Fairmont Foods Co., Fuqua Industries, Inc., General Electric Co., General Motors Corp., Gerber Products Co., Gulf & Western Industries, Inc., Handy & Harman, Harris Corp., Hoerner Waldorf Corp., Howmet Corp., Hudson Pulp & Peper Corp., Ingersoll-Rand Co., Inland Container Corp., International Business Machines Corp., International Harvester Co., International Multifoods Corp., International Paper Co., Johns-Manville Corp., Kane-Miller Corp., Kellwood Co., Kohler Co., Kraftco Corp., Leviton Mfg. Co., Inc., Lowes Corp., The Marley Co., Mattell, Inc., Miles Laboratories, Inc. Nabisco, Inc., Occidental Petroleum Corp., Owens-Illinois, Inc., The Procter & Gamble Co., R.J. Reynolds Industries, Inc., Revlon, Inc., Rubbermaid Inc., The Rucker Co., Savannah Foods & Industries, Inc., Scott Paper Co., Sperry Rand Corp., Standard Brands, Inc., Sterling Drug Co., Thiokol Corp., The Times Mirror Co., Union Carbide Corp., United States Filter Corp., Universal Foods Corp., USM Corp., Warner Communications, Inc., Westinghouse Electric Corp., Wheelabrator-Frye, Inc., Whittaker Corp., Wyman-Gordon Co. |
| | | JAMES K. LEADER, ESQ. -- McGraw Edison Co. |
| | | PHILIP J. DAVIS, ESQ. -- Chemetron Corp., Dean Foods, Co. The Firestone Tire and Rubber Co., FMC Corp., Harnischfeger Corp., Kirsch Co., Lehigh Portland Cement Co., Motorola Inc., Rexnord, Inc. |
| | | RONALD P. WERTHEIM, ESQUIRE -- Ashland Oil, Inc., Tesoro Petroleum Corp. |
| | | SAMUEL F. ABERNETHY, ESQ. -- Dover Corp. |
| | | CHARLES KADISH, ESQ. -- Honeywell, Inc., Union Camp Corp., National Industries, Inc., |
| | | RICHARD C. SELZER, ESQ. -- GAF Corp., Norton Simon, Inc. |

| Date | Pleading Number | |
|---|---|---|
| 5/3/76 | | APPEARANCES (Continued) |
| | |     PHILIP W. SCHEFER, ESQ. -- Texaco, Inc. |
| | |     ANDREW J. KILCARR, ESQ.-- Mobil Oil Corp. |
| | |     JOSEPH W. BURNS, ESQ. -- Ingersoll-Rand Co. |
| | |     CRAVATH, SWAINE & MOORE -- Behlehem Steel Corp., Cincinnati Milacron, Inc., Kellogg Co., Olin Corp., Republic Steel Corp., Rhinechem Corp., Time Inc. |
| | |     FRED L. WOODWORTH, ESQ. -- Champion Home Builders Co. Overhead Door Corp. |
| | |     JAMES R. DEVITA, ESQ. -- American Standard, Inc., The Babcock & Wilcox Co., Blue Bell, Inc., Brown-Forman Distillers Corp., Cluett, Peabody & Co., Crown Zellerbach Corp., Ford Motor Co., The General Tire & Rubber Co., Kaiser Aluminum & Chemical Corp., National Union Electric Corp. |
| | |     RAMSAY D. POTTS, ESQ. -- Emerson Electric Co. |
| | |     ROBERT J. KHEEL, ESQ. -- Minnesota Mining and Manufacturing Hershey Foods Corp. |
| | |     RICHARD W. POGUE, ESQ. -- Lear Siegler, Inc., The Sherwin Williams Co., The Timken Co., TRW Inc., American Greeting Corp., Cooper Industries, Inc., The Murray Ohio Manufacturing Co., Reliance Electric Co., Diamond Shamrock Corp., The B. F. Goodrich Co., The Ohio Brass Co., The Scott & Fetzer Co., The Tappan Co., The Weatherhead Co. |
| | |     MILTON WOLSON, ESQ. -- SCM Corp., |
| | |     HENRY J. SILBERBERG, ESQ. -- Whirlpool Corp., DeSoto Inc. Kroehler Mfg. Co., Sears, Roebuck and Co., Roper Corp. |
| | |     CHARLES R. VAN DE WALLE, ESQ. -- White Consolidated Industries, Inc., |
| | |     GILBERT H. WEIL, ESQ. -- Bristol Myers Co. |
| | |     DAVID BLASBAND, ESQ. -- MacMillan, Inc. |
| | |     PHILIP A. LACOVARA, ESQ. -- Merck & Co., Inc., Allen Bradley Co., |
| | |     SAMUEL K. ABRAMS, ESQ. -- The Sperry and Hutchinson Co. Cone Mills Corp., |
| | |     RAYMOND E. VICKERY, JR., ESQ. -- Hughes Tool Co. |
| | |     RAYMOND P. BUSCHMANN, ESQ. -- Morton-Norwich Products, Inc. |
| | |     JOHN J. KIRBY, ESQ. -- Warner Lambert Co., General Cigar Co., |
| | |     NOWEL C. CROWLEY, ESQ. -- The Bendix Corp. |
| 5/11/76 | | APPEARANCE -- PAUL J. NEWLON, ESQ -- ~~Raytheon Co~~ Deering Milliken Co. |
| 5/12/76 | | APPEARANCE -- ROBERT D. TYLER, JR., -- Beatrice Foods |
| | |     NORMAN SOLOVAY, ESQ -- Ambac Industries, Inc. |
| | |     STANKEY T. KALECZYC, JR., ESQUIRE -- Alberto Culver Co. |
| | |     JOHN E. BAILEY, ESQ. -- Gulf Oil corp. |
| 5/18/76 | | REQUEST FOR EXTENSION -- COVINGTON & BURLING for parties representing GRANTED TO ALL TO JUNE 2, 1976 --Notified counsel |
| 5/18/76 | | APPEARANCE -- JOHN D. DETERMAN, ESQ. for EARLY CALIF. INDUSTREIS, INC. |
| 5/18/76 | | APPEARANCE -- THOMPSON, HINE AND FLORY -- Goodyear Tire and Rubber Co. and Van Dorn Company |
| 5/20/76 | | APPEARANCE -- STEVEN K. YABLONSKI, ESQUIRE -- Crouse Hinds Co. |
| 5/24/76 | | HEARING ORDER -- Setting A-1 through A-63 & B-1 for hearing June 25, 1976, Boston, Massachusetts |
| 5/25/76 | | APPEARANCE -- THE WILLIAMS CO. -- John M. Coffey, Esq. |

| Date | Pleading Number | |
|---|---|---|
| 5/27/76 | | APPEARANCE -- Theodore E. Cornell, III, Esquire -- THE RILEY CO. |
| 5/28/76 | 4 | WITHDRAWAL OF MOTION -- MOVANTS w/cert. of service |
| 6/4/76 | 5 | RESPONSE -- FEDERAL TRADE COMMISSION -- w/cert. of service |
| 6/7/76 | 6 | RESPONSE -- FTC |
| 6/8/76 | | ORDER REGARDING WITHDRAWAL OF MOTION AND VACATING HEARING ORDER  Notified counsel, involved judges, D.C. Clerk |
| 6/8/76 | 7 | SUPPLEMENTAL MEMORANDUM -- FEDERAL TRADE COMMISSION w/cert. of service |

DOCKET NO. 254 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## Description of Litigation

IN RE FEDERAL TRADE COMMISSION STATISTICAL REPORTING PROGRAMS LITIGATION

### Summary of Panel Action

Date(s) of Hearing(s) _____

Date(s) of Opinion(s) or Order(s) *Order 9/9/76*     *Litigation to J. Flannery*

Consolidation Ordered _____          Name of Transferee Judge     *under §404 Ac.*

Consolidation Denied ✓          Transferee District _____

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | A. O. Smith Corp., et al. v. Federal Trade Commission, et al. | Dela. Schwartz | 75-15 | | | | |
| A-2 | Inland Steel Co. v. Federal Trade Commission, et al. | Dela. Schwartz | 75-45 | | | | |
| A-3 | Northwest Industries, Inc. v. Federal Trade Commission, et al. | Dela. Schwartz | 75-46 | | | | |
| A-4 | Oscar Mayer & Co. Inc. v. Federal Trade Commission, et al. | Dela. Schwartz | 75-47 | | | | |
| A-5 | Merck & Co., Inc. v. Federal Trade Commission, et al. | Dela. Schwartz | 75-48 | | | | |
| A-6 | Hobart Corp. v. Federal Trade Commission, et al. | Dela. Schwartz | 75-49 | | | | |
| A-7 | The Goodyear Tire & Rubber Co. v. Federal Trade Commission, et al. | Dela. Schwartz | 75-50 | | | | |
| A-8 | Thomas J. Lipton, Inc. v. Federal Trade Commission, et al. | Dela. Schwartz | 75-56 | | | | |
| A-9 | American Air Filter Co., Inc., et al. v. Federal Trade Commission, et al. | Dela. Schwartz | 75-412 | | | | |

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-10 | Allen-Bradley Co., et al. v. Federal Trade Commission, et al. | Dela. Schwartz | 75-415 | | | | |
| A-11 | The Goodyear Tire & Rubber Co. v. Federal Trade Commission, et al. | Dela. Schwartz | 76-17 | | | | |
| A-12 | Hobart Corp. v. Federal Trade Commission, et al. | Dela. Schwartz | 76-18 | | | | |
| A-13 | Air Products & Chemicals, Inc. v. Federal Trade Commission, et al. | Dela. Schwartz | 76-20 | | | | |
| A-14 | CPC International Inc., et al. v. Federal Trade Commission, et al. | Dela. Schwartz | 76-21 | | | | |
| A-15 | United States Gypsum Co. v. Federal Trade Commission, et al. | Dela. Schwartz | 76-22 | | | | |
| A-16 | Square D Co. v. Federal Trade Commission, et al. | Dela. Schwartz | 76-23 | | | | |
| A-17 | Inland Steel Co. v. Federal Trade Commission, et al. | Dela. Schwartz | 76-24 | | | | |
| A-18 | Oscar Mayer & Co., Inc. v. Federal Trade Commission, et al. | Dela. Schwartz | 76-25 | | | | |
| A-19 | Northwest Industries, Inc. v. Federal Trade Commission, et al. | Dela. Schwartz | 76-26 | | | | |
| A-20 | Van Dorn Co. v. Federal Trade Commission, et al. | Dela. Schwartz | 76-36 | | | | |
| A-21 | C.I.T. Financial Corp. v. Federal Trade Commission, et al. | Dela. Schwartz | 76-39 | | | | |
| A-22 | Sundstrand Corp. v. Federal Trade Commission, et al. | Dela. Schwartz | 76-56 | | | | |

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-23 | Sundstrand Corp. v. Federal Trade Commission, et al. | Dela. Schwartz | 76-60 | | | | |
| A-24 | Airco, Inc., et al. v. Federal Trade Commission, et al. | S.D.N.Y. Weinfeld | 75 Civ.17 | | | | |
| A-25 | Lear Siegler, et al. v. Federal Trade Commission, et al. | S.D.N.Y. Weinfeld | 75Civ.225 | | | | |
| A-26 | Minnesota Mining & Manufacturing Co., et al. v. Federal Trade Commission, et al. | S.D.N.Y. Weinfeld | 75 Civ.657 | | | | |
| A-27 | White Consolidated Industries, Inc. v. Federal Trade Commission, et al. | S.D.N.Y. Weinfeld | 75 Civ.698 | | | | |
| A-28 | Hershey Foods Corp. v. Federal Trade Commission, et al. | S.D.N.Y. Weinfeld | 75 Civ. 726 | | | | |
| A-29 | International Business Machines Corp., et al. v. Federal Trade Commission, et al. | S.D.N.Y. Weinfeld | 75 Civ.743 | | | | |
| A-30 | The Bendix Corp. v. Federal Trade Commission, et al. | S.D.N.Y. Weinfeld | 75 Civ.744 | | | | |
| A-31 | Time, Inc. v. Federal Trade Commission, et al. | S.D.N.Y. Weinfeld | 75 Civ.763 | | | | |
| A-32 | Deering-Milliken, Inc. v. Federal Trade Commission, et al. | S.D.N.Y. Weinfeld | 75 Civ.764 | | | | |
| A-33 | Loews Corp. v. Federal Trade Commission, et al. | S.D.N.Y. Weinfeld | 75 Civ.766 | | | | |
| A-34 | SCM Corp. v. Federal Trade Commission, et al. | S.D.N.Y. Weinfeld | 75 Civ.781 | | | | |
| A-35 | Bristol-Myers Co. v. Federal Trade Commission, et al. | S.D.N.Y. Weinfeld | 75 Civ.782 | | | | |

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-36 | Whirlpool Corp. v. Federal Trade Commission, et al. | S.D.N.Y. Weinfeld | 75 Civ.797 | | | | |
| A-37 | Times Mirror Co. v. Federal Trade Commission, et al. | S.D.N.Y. Weinfeld | 75 Civ.817 | | | | |
| A-38 | Harris Corp. v. Federal Trade Commission, et al. | S.D.N.Y. Weinfeld | 75 Civ.930 | | | | |
| A-39 | Carnation Co. v. Federal Trade Commission, et al. | S.D.N.Y. Weinfeld | 75 Civ.1268 | | | | |
| A-40 | Airco, Inc., et al. v. Federal Trade Commission, et al. | S.D.N.Y. Weinfeld | 76 Civ.89 | | | | |
| A-41 | Chamber of Commerce of the United States, et al. v. Federal Trade Commission, et al. | S.D.N.Y. Weinfeld | 76 Civ.128 | | | | |
| A-42 | American Greetings Corp., et al. v. Federal Trade Commission, et al. | S.D.N.Y. Weinfeld | 76 Civ.248 | | | | |
| A-43 | American Can Co., et al. v. Federal Trade Commission, et al. | S.D.N.Y. Weinfeld | 76 Civ.297 | | | | |
| A-44 | Times Mirror Co. v. Federal Trade Commission, et al. | S.D.N.Y. Weinfeld | 76 Civ.298 | | | | |
| A-45 | Bethlehem Steel Corp., et al. v. Federal Trade Commission, et al. | S.D.N.Y. Weinfeld | 76 Civ.300 | | | | |
| A-46 | Ashland Oil, Inc. v. Federal Trade Commission, et al. | S.D.N.Y. Weinfeld | 76 Civ.303 | | | | |
| A-47 | Deering Milliken, Inc. v. Federal Trade Commission, et al. | S.D.N.Y. Weinfeld | 76 Civ.315 | | | | |
| A-48 | Loews Corp. v. Federal Trade Commission, et al. | S.D.N.Y. Weinfeld | 76 Civ.317 | | | | |

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-49 | American Greetings Corp., et al. v. Federal Trade Commission, et al. | S.D.N.Y. Weinfeld | 76 Civ.320 | | | | |
| A-50 | Cincinnati Milacron, Inc. v. Federal Trade Commission, et al. | S.D.N.Y. Weinfeld | 76 Civ.340 | | | | |
| A-51 | White Consolidated Industries, Inc. v. Federal Trade Commission, et al. | S.D.N.Y. Weinfeld | 76 Civ.398 | | | | |
| A-52 | Whirlpool Corp. v. Federal Trade Commission, et al. | S.D.N.Y. Weinfeld | 76 Civ.434 | | | | |
| A-53 | Roper Corp. v. Federal Trade Commission, et al. | S.D.N.Y. Weinfeld | 76 Civ.435 | | | | |
| A-54 | Continental Can Co., Inc. v. Federal Trade Commission, et al. | S.D.N.Y. Weinfeld | 76 Civ.484 | | | | |
| A-55 | Desoto, Inc. v. Federal Trade Commission, et al. | S.D.N.Y. Weinfeld | 76 Civ.492 | | | | |
| A-56 | The Sperry & Hutchinson Co., et al. v. Federal Trade Commission, et al. | S.D.N.Y. Weinfeld | 76 Civ.560 | | | | |
| A-57 | Whirlpool Corp., et al. v. Federal Trade Commission, et al. | S.D.N.Y. Weinfeld | 76 Civ.577 | | | | |
| A-58 | Morton-Norwich Products, Inc. v. Federal Trade Commission, et al. | S.D.N.Y. Weinfeld | 76 Civ.606 | | | | |
| A-59 | Bethlehem Steel Corp., et al. v. Federal Trade Commission, et al. | S.D.N.Y. Weinfeld | 76 Civ.607 | | | | |
| A-60 | Deering-Milliken, Inc. v. Federal Trade Commission, et al. | S.D.N.Y. Weinfeld | 76 Civ.622 | | | | |
| A-61 | Hughes Tool Co. v. Federal Trade Commission, et al. | S.D.N.Y. Weinfeld | 76 Civ.709 | | | | |

DOCKET NO. 254 (CONTINUED)     PAGE 6

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-62 | Macmillan, Inc. v. Federal Trade Commission, et al. | S.D.N.Y. Weinfeld | 76 Civ.1026 | | | | |
| A-63 | Federal Trade Commission v. Airco, Inc., et al. | S.D.N.Y. Weinfeld | M 18 304 | | | | |
| B-1 | Federal Trade Commission v. Air Products and Chemicals | D.D.C. | 76-0064 (McGo.) | | | | |

ATTORNEY LIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## DESCRIPTION OF LITIGATION

MDL DOCKET NO. 254 -- IN RE FEDERAL TRADE COMMISSION STATISTICAL REPORTING PROGRAMS LITIGATION

Page 1

| No. | | |
|---|---|---|
| | COMPTROLLER GENERAL OF THE UNITED STATES<br>Jack E. Thornton, Esquire<br>Civil Division<br>General Litigation Section<br>Department of Justice<br>Washington, D. C.  20530<br><br>FEDERAL TRADE COMMISSION<br>LEWIS A. ENGMAN<br>PAUL RAND DIXON<br>MAYO J. THOMPSON<br>M. ELIZABETH HANFORD<br>STEPHEN NYE<br>Gerald P. Norton, Esquire<br>Deputy General Counsel<br>Room 594, Federal Trade Commission<br>6th & Pennsylvania Ave., N.W.<br>Washington, D. C.  20580<br><br>AMERICAN AIR FILTER COMPANY, INC.<br>AMERICAN HOME PRODUCTS CORP.<br>A. O. SMITH CORP.<br>BEMIS COMPANY, INC.<br>BURLINGTON INDUSTRIES, INC.<br>THE CARRIER CORP.<br>CELANESE CORP.<br>DIGITAL EQUIPMENT CORP.<br>EAGLE-PITCHER INDUSTRIES, INC.<br>EATON CORP.<br>JIM WALTER CORP.<br>THE LTV CORP.<br>MINE SAFETY APPLIANCES CO.<br>MONSANTO CO.<br>OUTBOARD MARINE CORP.<br>PITTSBURGH FORGINGS CO.<br>RAYTHEON CO.<br>REICHHOLD CHEMICALS, INC.<br>REVERE COPPER AND BRASS INC.<br><br>Continued page 1, Col. 2 | REYNOLDS METALS CO.<br>TEXAS INSTRUMENTS, INC.<br>WHEELING-PITTSBURGH STEEL CORP.<br>W. R. GRACE & CO.<br>XEROX CORP.<br>Lee A. Rau, Esquire<br>Reed, Smith, Shaw & McClay<br>404 Madison Building<br>1155 15th Street, N.W.<br>Washington, D. C.  20005<br><br>AMERICAN CYANAMID CO.<br>ANHEUSER-BUSCH, INC.<br>E. T. BARWICK INC., INC.<br>THE BLACK AND DECKER MANUFACTURING CO.<br>CATERPILLAR TRACTOR CO.<br>THE CECO CORP.<br>CITIES SERVICE CO.<br>CITY INVESTING CO.<br>CONGOLEUM CORP.<br>CONSOLIDATED FOODS CORP.<br>DEL MONTE CORP.<br>THE DOW CHEMICAL CO.<br>EXXON CORP.<br>GENERAL MILLS, INC.<br>H. J. HEINZ CO.<br>HEUBLEIN, INC.<br>HOUSEHOLD FINANCE CORP.<br>ICI AMERICAS, INC.<br>KOPPERS CO.<br>LITTON INDUSTRIES, INC.<br>MCGRAW-EDISON CO.<br>MARTIN MARIETTA CORP.<br>MEAD CORP.<br>NATIONAL GYPSUM CO.<br>OLYMPIA BREWING CO.<br>OXFORD INDUSTREIES, INC.<br>PACCAR INC.<br>PEPSICO., INC.<br><br>Continued Page 2, Col. 1 |

| No. | | |
|---|---|---|
| | PHILLIPS PETROLEUM CO.<br>ROCKWELL INTERNATIONAL CORP.<br>SHELL OIL CO.<br>SIMPLICITY PATTERN CO., INC.<br>SIMPSON TIMBER CO.<br>STANDARD OIL OF CALIFORNIA<br>STANDARD OIL COMPANY (INDIANA)<br>STANDARD PRESSED STEEL CO.<br>SUNBEAM CORP.<br>TIMEX CORP.<br>UNITED BRANDS CO.<br>WEST POINT-PEPPERELL, INC<br>Stuart H. Harris, Esq.<br>Howrey & Simon<br>1730 Pennsylvania Ave., N.W.<br>Washington, D.C.  20006<br><br>LONE STAR INDUSTRIES, INC.<br>HOFFMANN-LA ROCHE INC.<br>GREAT WESTERN UNITED CORP.<br>Jack Lipson, Esquire<br>Arnold & Porter<br>1229 - 19th Street, N.W.<br>Washington, D.C.  20036<br><br>THE GREAT ATLANTIC & PACIFIC TEA CO.,<br>HOOVER BALL AND BEARING CO.<br>Donald J. Mulvihill, Esquire<br>Cahill, Gordon & Reindel<br>1819 H. Street, N.W.<br>Washington, D. C.  20006<br><br>ATLANTIC RICHFIELD COMPANY<br>Robert E. Jordan, III, Esquire<br>Steptoe & Johnson<br>1250 Connecticut Avenue, N.W.<br>Washington, D.C.  20036<br><br>CARGILL, INC.<br>CPC INTERNATIONAL, INC.<br>HART SCHAFFNER & MARX<br>INLAND STEEL CO.<br>NORTHWEST INDUSTRIES, INC.<br>OSCAR MAYER & CO., INC.<br>ROSS INDUSTRIES, INC.<br>SUNDSTRAND CORP.<br>Frank P. Cihlar, Esquire<br>Mayer, Brown & Platt<br>888 Seventeenth Street, N.W.<br>Washington, D. C. 20006 | CARPENTER TECHNOLOGY CORP.<br>James F. Rill, Esquire<br>Collier, Shannon, Rill & Edwards<br>1666 K. Street, N.W.<br>Washington, D. C.  20006<br><br>HOBART CORP<br>John F. McClatchey, Esquire<br>Thompson, Hine and Flory<br>1100 National City Bank Building<br>Cleveland, Ohio  44114<br><br>ALUMINUM COMPANY OF AMERICA<br>ARMCO STEEL CORP.<br>THE COCA-COLA COMPANY<br><br>GENERAL ELECTRIC CO.<br>GENERAL MOTORS CORP.<br>THE B. F. GOODRICH COMPANY<br>INTERNATIONAL HARVESTER CO.<br>INTERNATIONAL PAPER CO.<br>KRAFTCO CORP.<br>OWENS-ILLINOIS, INC.<br>UNION CARBIDE CORP.<br>Ira M. Millstein, Esquire<br>Weil, Gotshal & Manges<br>767 Fifth Avenue<br>New York, New York  10022<br><br>CHAMBER OF COMMERCE OF THE UNITED STATES<br>ALLEGHENY LUDLUM INDUSTRIES, INC.<br>ALUMINUM COMPANY OF AMERICA<br>AMERICAN CAN COMPANY<br>ANCHOR HOCKING CORP.<br>ARMCO STEEL CORP.<br>ARMSTRONG CORK CO.<br>ASARCO INC.<br>BROACKWAY GLASS CO., INC.<br>BROWN GROUP, INC.<br>CABOT CORP.<br>CAMPBELL SOUP COMPANY<br>CARNATION COMPANY<br>THE COCA-COLA CO.<br>DAIRYLEA COOPERATIVE, INC.<br>DIAMOND INTERNATIONAL CORP.<br>DR. PEPPER CO.<br>E. I. DUPONT DENEMOURS & CO.<br>ELI LILLY AND COMPANY<br>EMERY INDUSTRIES, INC.<br>FABERGE, INC.<br>Continued Page 3, Col. 1 |

ATTORNEY LIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## DESCRIPTION OF LITIGATION

MDL DOCKET NO. 254 -- IN RE FEDERAL TRADE COMMISSION STATISTICAL REPORTING PROGRAMS LITIGATION       Page 3

| No. | | |
|---|---|---|
| | FAIRMONT FOODS CO.<br>FUQUA INDUSTRIES, INC.<br>GENERAL ELECTRIC CO.<br>GENERAL MOTORS CORP.<br>GERBER PRODUCTS CO.<br>GULF & WESTERN INDUSTRIES, INC.<br>HANDY & HARMAN<br>HARRIS CORP.<br>HOERNER WALDORF CORP.<br>HOWMET CORP.<br>HUDSON PULP & PAPER CORP.<br>INTERGOLL-RAND CO.<br>INLAND CONTAINER CORP.<br>INTERNATIONAL BUSINESS MACHINES CORP.<br>INTERNATIONAL HARVESTER CO.<br>INTERNATIONAL MULTIFOODS CORP.<br>INTERNATIONAL PAPER CO.<br>JOHNS-MANVILLE CORP.<br>KANE-MILLER CORP.<br>KELLWOOD CO.<br>KOHLER CO.<br>KRAFTCO CORP.<br>LEVITON MANUFACTURING CO., INC.<br>LOWES CORP.<br>THE MARLEY CO.<br>MATTEL, INC.<br>MILES LABORATORIES, INC.<br>NABISCO, INC.<br>OCCIDENTAL PETROLEUM CORP.<br>OWENS-ILLINOIS, INC.<br>THE PROCTER & GAMBLE CO.<br>R. J. REYNOLDS INDUSTRIES, INC.<br>REVLON, INC.<br>RUBBERMAID INC.<br>THE RUCKER CO.<br>SAVANNAH FOODS & INDUSTRIES, INC.<br>SCOTT PAPER CO.<br>SPERRY RAND CORP.<br>STANDARD BRANDS INC.<br><br>Continued Page 3, Col. 2 | STERLING DRUG CO.<br>THIOKOL CORP.<br>THE TIMES MIRROR CO.<br>THE TRANE CO.<br>UNION CARBIDE CORP.<br>UNITED STATES FILTER CORP.<br>UNIVERSAL FOODS CORP.<br>USM CORP.<br>WARNER COMMUNICATIONS, INC.<br>WESTINGHOUSE ELECTRIC CORP.<br>WHEELABRATOR-FRYE, INC.<br>WHITTAKER CORP.<br>WYMAN-GORDON CO.<br>John S. Koch, Esquire<br>Covington & Burling<br>888 Sixteenth Street, N.W.<br>Washington, D.C. 20006<br><br>MCGRAW EDISON CO.<br>James K. Leader, Esquire<br>Townley, Updike, Carter & Rodgers<br>220 East 42nd Street<br>New York, New York  10017<br><br>CHEMETRON CORP.<br>DEAN FOODS CO.<br>THE FIRESTONE TIRE AND RUBBER CO.<br>FMC CORP.<br><br>HARNISCHFEGER CORP.<br>KIRSCH CO.<br>LEHIGH PORTLAND CEMENT CO.<br>MOTOROLA, INC.<br>REXNORD, INC.<br>Philip J. Davis, Esquire<br>Kirkland, Ellis & Rowe<br>1776 K Street, N.W.<br>Washington, D.C.  20006 |

| No. | | |
|---|---|---|
| | ASHLAND OIL, INC.<br>TESORO PETROLEUM CORP.<br>Ronald P. Wertheim, Esquire<br>Ginsburg, Feldman & Bress<br>1700 Pennsylvania Ave., N.W.<br>Washington, D. C. 20006<br><br>DOVER CORP.<br>Samuel F. Abernethy, Esquire<br>Curtis, Mallet-Prevost, Colt & Mosle<br>100 Wall Street<br>New York, New York 10005<br><br>HONEYWELL, INC.<br>UNION CAMP CORP.<br>NATIONAL INDUSTRIES, INC.<br>Charles Kadish, Esquire<br>Breed, Abbott & Morgan<br>One Chase Manhattan Plaza<br>New York, New York 10005<br><br>GAF CORP.<br>NORTON SIMON, INC.<br>Richard C. Seltzer, Esquire<br>Kaye, Scholer, Fierman, Hays & Handler<br>425 Park Avenue<br>New York, New York 10022<br><br>TEXACO, INC.<br>Philip W. Schefer, Esquire<br>Texaco, Inc.<br>135 East 42nd Street<br>New York, New York 10017<br><br>MOBIL OIL CORP.<br>Andrew J. Kilcarr, Esquire<br>Donovan, Leisure, Newton & Irvine<br>1666 K Street, N.W.<br>Washington, D. C. 20006<br><br>INGERSOLL-RAND CO.<br>Joseph W. Burns, Esquire<br>Burns, VanKirk, Greene & Kafer<br>521 Fifth Avenue<br>New York, New York 10017 | BETHLEHEM STEEL CORP.<br>CINCINNATI MILACRON, INC.<br>KELLOGG CO.<br>OLIN CORP.<br>REPUBLIC STEEL CORP.<br>RHINECHEM CORP.<br>TIME INC.<br>Cravath, Swaine & Moore<br>One Chase Manhattan Plaza<br>New York, New York 10005<br><br>CHAMPION HOME BUILDERS CO.<br>OVERHEAD DOOR CORP.<br>Fred L. Woodworth, Esquire<br>Dykema, Gossett, Spencer, Goodnow<br>  & Trigg<br>2700 City National Bank Building<br>Detroit, Michigan 48226<br><br>AMERICAN STANDARD, INC.<br>THE BABCOCK & WILCOX CO.<br>BLUE BELL, INC.<br>BROWN-FORMAN DISTILLERS CORP.<br>CLUETT, PEABODY & CO., INC.<br>CORWN ZELLERBACH CORP.<br>FORD MOTOR CO.<br>THE GENERAL TIRE & RUBBER CO.<br>KAISER ALUMINUM & CHEMICAL CORP.<br>NATIONAL UNION ELECTRIC CORP.<br>James R. DeVita, Esquire<br>Sullivan & Cromwell<br>48 Wall Street<br>New York, New York 10005<br><br>EMERSON ELECTRIC CO.<br>Ramsay D. Potts, Esquire<br>Shaw, Pittman, Potts & Trowbridge<br>1800 M Street, N.W.<br>Washington, D. C. 20036<br><br>MINNESOTA MINING AND MANUFACTURING CO.<br>HERSHEY FOODS CORP.<br>Robert J. Kheel, Esquire<br>Willkie Farr & Gallagher<br>1 Chase Manhattan Plaza<br>New York, New York 10005 |

ATTORNEY LIST  --  JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## DESCRIPTION OF LITIGATION

MDL DOCKET NO. 254 -- IN RE FEDERAL TRADE COMMISSION STATISTICAL REPORTING PROGRAMS LITIGATION         Page 5

| No. | | |
|---|---|---|
| | LEAR SIEGLER, INC.<br>THE SHERWIN-WILLIAMS CO.<br>THE TIMKEN CO.<br>TRW INC.<br>AMERICAN GREETINGS CORP.<br>COOPER INDUSTRIES, INC.<br>THE MURRAY OHIO MANUFACTURING CO.<br>RELIANCE ELECTRIC CO.<br>DIAMOND SHAMROCK CORP.<br>THE B. F. GOODRICH CO.<br>THE OHIO BRASS CO.<br>THE SCOTT & FETZER CO.<br>THE TAPPAN CO.<br>THE WEATHERHEAD CO.<br>Richard W. Pogue, Esquire<br>Jones, Day, Reavis & Pogue<br>1700 Union Commerce Building<br>Cleveland, Ohio  44115<br><br>SCM CORPORATION<br>Milton Wolson, Esquire<br>299 Park Avenue<br>New York, New York  10017<br><br>WHIRLPOOL CORP.<br>DESOTO INC.<br>KROEHLER MANUFACTURING CO.<br>SEARS, ROEBUCK AND CO.<br>ROPER CORP.<br>Henry J. Silberberg, Esquire<br>Stroock & Stroock & Lavan<br>61 Broadway<br>New York, New York<br><br>WHITE CONSOLIDATED INDUSTRIES, INC.<br>Charles R. Van de Walle, Esquire<br>Martin, Van de Walle & Sawyer<br>17 Barstow Road<br>Great Neck, New York  11021 | BRISTOL MYERS CO.<br>Gilbert H. Weil, Esquire<br>Weil, Guttman & Davis<br>60 East 42nd Street<br>New York, New York  10017<br><br>MACMILLAN, INC.<br>David Blasband, Esquire<br>Linden & Deutsch<br>110 East 59th Street<br>New York, New York 10022<br><br>MERCK & CO., INC.<br>ALLEN BRADLEY CO.<br>Philip A. Lacovara, Esquire<br>Hughes, Hubbard & Reed<br>1660 L Street, N.W.<br>Washington, D.C.  20036<br><br>THE SPERRY AND HUTCHINSON CO.<br>CONE MILLS CORP.<br>Samuel K. Abrams, Esq.<br>Morison, Murphy, Abrams & Haddock<br>Suite 900, 1776 K Street, N.W.<br>Washington, D. C.  20006<br><br>HUGHES TOOL CO.<br>Raymond E. Vickery, Jr., Esquire<br>Hogan & Hartson<br>815 Connecticut Ave., N.W.<br>Washington, D. C.  20006<br><br>MORTON-NORWICH PRODUCTS, INC.<br>Raymond P. Buschmann, Esquire<br>Morton-Norwich Products, Inc.<br>110 North Wacker Drive<br>Chicago, Illinois  60606 |

| No. | | |
|---|---|---|
| | WARNER LAMBERT CO.<br>GENERAL CIGAR CO., INC.<br>John J. Kirby, Esquire<br>20 Broad Street<br>New York, New York 10007 | GULF OIL CORP.<br>John E. Bailey, Esquire ✓<br>P.O. Box 3725<br>Houston, Texas 77002 |
| | THE BENDIX CORP.<br>Noel C. Crowley, Esquire<br>Bendix Center<br>20650 Civic Center Drive<br>Southfield, Michigan 48076 | FEDDERS CORPORATION<br>Sydney B. Wertheimer, Esquire<br>Weisman, Celler, Spett, Modlin,<br>  Wertheimer & Schlesinger<br>425 Park Avenue<br>New York, New York 10022 |
| | SQUARE D COMPANY<br>John F. Graybeal, Esquire<br>Robert C. Houser, Jr., Esquire<br>Foley, Lardner, Hollabaugh & Jacobs<br>815 Connecticut Avenue, N.W.<br>Washington, D.C. 20006 | DEERING-MILLIKEN, INC.<br>Paul J. Newlon, Esquire<br>Paul, Weiss, Rifkind, Wharton<br>  & Garrison ✓<br>345 Park Avenue<br>New York, New York 10022 |
| | UNITED STATES GYPSUM CO.<br>James F. Bromley, Esquire<br>Macleay, Lynch, Bernhard & Gregg<br>1625 K. Street, N.W.<br>Washington, D.C. 20006 | JOHNSON & JOHNSON<br>Rogers & Wells<br>200 Park Avenue<br>New York, New York 10017 |
| | AIR PRODUCTS & CHEMICALS, INC.<br><br>Paul P. Welsh, Esquire<br>Morris, Nichols, Arsht & Tunnell<br>P.O. Box 1347<br>Wilmington, Delaware 19801 | GOODYEAR TIRE & RUBBER CO.<br>VAN DORN COMPANY<br>Thompson, Hine and Flory ✓<br>National City Bank Building<br>Cleveland, Ohio 44114 |
| | C.I.T. FINANCIAL CORP.<br>Basil J. Mezines, Esquire<br>Stein, Mitchell & Mezines<br>1800 M Street, N.W.<br>Washington, D.C. 20036 | CROUSE-HINDS COMPANY<br>Steven K. Yoblonski, Esquire<br>Truitt, Fabrikant, Bucklin<br>  & Lenzner<br>910 Seventeenth St., N.W. ✓<br>Ninth Floor<br>Washington, D. C. 20006 |
| | THOMAS J. LIPTON, INC.<br>David W. St. Clair, Esquire<br>Charles H. McAuliffe, Esquire<br>Thomas J. Lipton, Inc.<br>800 Sylvan Avenue<br>Englewood Cliffs, New Jersey 07632 | |

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 254 -- IN RE FEDERAL TRADE COMMISSION STATISTICAL REPORTING PROGRAMS LITIGATION

| Plaintiff | Defendant |
|---|---|
| ALBERTO-CULVER COMPANY<br>Stanley T. Kaleczyc, Jr., Esquire<br>1615 H. Street, N.W.<br>Washington, D.C. 20062 | R. T. FRENCH CO.<br>Legal Department<br>One Mustard Road<br>Rochester, New York 14609 |
| AMBAC INDUSTRIES, INC.<br>Norman Solovay, Esquire<br>Holtzman, Wise & Shepard<br>30 Broad Street<br>New York, New York 10004 | HAMMOND CORP.<br>Legal Department<br>39 S. LaSalle<br>Chicago, Illinois 60602 |
| BEATRICE FOODS CO.<br>Robert D. Tyler, Jr., Esquire<br>Suite 2200<br>120 S. LaSalle Street<br>Chicago, Illinois 60603 | MASCO CORP.<br>Legal Department<br>21001 Van Born Road<br>P.O. Box 305<br>Taylor, Michigan 48180 |
| CERRO CORPORATION<br>Legal Department<br>300 Park Place<br>New York, New York 10022 | THE RILEY CO.<br>Theodore E. Cornell, III, Esquire<br>Pederson & Houpt<br>180 N. LaSalle Street<br>Suite 3400<br>Chicago, Illinois 60601 |
| COMMERCIAL SHEARING, INC.<br>Legal Department<br>1775 Logan Avenue<br>Youngstown, Ohio 44550 | RORER-AMCHEM, INC.<br>Legal Department<br>500 Virginia Drive<br>Ft. Washington, Pa. 19034 |
| CROUSE-HINDS CO.<br>Legal Department<br>Wolf & Seventh Streets, North<br>Syracuse, New York 13201 | THE SUSQUEHANNA CORP.<br>The Legal Department<br>9200 Sunset Boulevard<br>Suite 530<br>Los Angeles, Calif. 90069 |
| DAYTON MALLEABLE, INC.<br>Legal Department<br>3931 South Dixie Avenue<br>Dayton, Ohio | THE TORO CO.<br>Legal Department<br>8111 Lyndale Avenue, S.<br>Minneapolis, Minnesota 55402 |
| DUNLOP TIRE & RUBBER CORP.<br>Legal Department<br>River Road & Sheridan Drive<br>Buffalo, New York 14240 | THE WILLIAMS COMPANIES<br>John M. Coffey, Esquire<br>Hall, Estill, Hardwick, Gable,<br>Collingsworth & Nelson<br>1701 Pennsylvania Avenue, N.W.<br>Suite 404<br>Washington, D. C. 20006 |
| EARLY CALIFORNIA INDUSTRIES<br>John D. Determan, Esq.<br>Tuttle & Taylor<br>609 S. Grand<br>Los Angeles, Calif. 90017 | |

JP Form 3

p. _____

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 254 -- IN RE FEDERAL TRADE COMMISSION STATISTICAL REPORTING
dc                  PROGRAMS LITIGATION

### COMMON PARTY CHECKLIST

| NAME OF PARTY | NAMED AS PARTY IN FOLLOWING ACTIONS |
|---|---|
| Federal Trade Commission | A-1 thru A-62 & A-63 pltf. |
| Hon. Lewis A. Engman, Chairman | A-1 thru A-62 |
| Hon. Paul Rand Dixon, Commissioner | A-1 thru A-12; A-20; A-24 thru A-62 |
| Hon. Mayo J. Thompason, Commissioner | A-1 thru A-8; A-24 thru A-62 |
| Hon. M. Elizabeth Hanford, Commissioner | A-1 thru A-62 |
| Hon. Stephen A. Nye, Commissioner | A-1 thru A-62 |
| Hon. Elmer B. Staats, Comptroller General of the United States | A-1 thru A-62 |