DOCKET NO. 254

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE FEDERAL TRADE COMMISSION STATISTICAL REPORTING PROGRAMS LITIGATION

ORDER REGARDING WITHDRAWAL OF MOTION
AND
VACATING HEARING ORDER

On April 20, 1976, 86 of the 88 plaintiffs in the actions pending in the District of Delaware filed a motion and supporting memorandum to transfer related actions to that district for coordinated or consolidated pretrial proceedings under 28 U.S.C. §1407. On May 24, 1976, this matter was scheduled for hearing before the Panel on June 25, 1976.

By orders filed April 30, 1976, May 14, 1976, and May 25, 1976, Judges Murray M. Schwartz and Edward Weinfeld transferred all related actions from the District of Delaware and the Southern District of New York to the United States District Court for the District of Columbia. Inasmuch as these actions were transferred under 28 U.S.C. §1404(a), the question of Section 1407 treatment is moot and on May 28, 1976, the movants filed a withdrawal of their motion.

IT IS THEREFORE ORDERED that the hearing order filed on May 24, 1976, and the Schedule A attached thereto be, and the same hereby are, VACATED insofar as they relate to the above-captioned litigation.

FOR THE PANEL:

*John Minor Wisdom*

John Minor Wisdom
Chairman

MDL-254 -- IN RE FEDERAL TRADE COMMISSION STATISTICAL REPORTING
            PROGRAMS LITIGATION

DISTRICT OF DELAWARE

A. O. Smith Corp., et al. v. Federal Trade Commission, et al., C.A. No. 75-15
                                                 (J. Schwartz)

Inland Steel Co. v. Federal Trade Commission, et al. C.A. No. 75-45

Northwest Industries, Inc. v. Federal Trade Commission, et al., C.A. No. 75-46

Oscar Mayer & Co., Inc. v. Federal Trade Commission, et al., C.A. No. 75-47

Merck & Co., Inc. v. Federal Trade Commission, et al. C.A. No. 75-48

Hobart Corp. v. Federal Trade Commission, et al. C.A. No. 75-49

The Goodyear Tire & Rubber Co. v. Federal Trade Commission, et al., C.A. No. 75-50

Thomas J. Lipton, Inc. v. Federal Trade Commission, et al., C.A. No. 75-56

American Air Filter Co., Inc., et al. v. Federal Trade Commission, et al., C.A. No. 75-412

Allen-Bradley Co., et al. v. Federal Trade Commission, et al., C.A. No. 75-415

The Goodyear Tire & Rubber Co. v. Federal Trade Commission, et al., C.A. No. 76-17

Hobart Corp. v. Federal Trade Commission, et al. C.A. No. 76-18

Air Products & Chemicals, Inc. v. Federal Trade Commission, et al., C.A. No. 76-20

CPC International Inc., et al. v. Federal Trade Commission, et al., C.A. No. 76-21

United States Gypsum Co. v. Federal Trade Commission, et al., C.A. No. 76-22

MDL-254 -- Schedule A (cont.) -- p. 2

Square D. Co. v. Federal Trade Commission, et al.
C.A. No. 76-23

Inland Steel Co. v. Federal Trade Commission, et al.
C.A. No. 76-24

Oscar Mayer & Co., Inc. v. Federal Trade Commission,
et al., C.A. No. 76-25

Northwest Industries, Inc. v. Federal Trade Commission,
et al., C.A. No. 76-26

Van Dorn Co. v. Federal Trade Commission, et al.
C.A. No. 76-36

C.I.T. Financial Corp. v. Federal Trade Commission,
et al., C. A. No. 76-39

Sundstrand Corp. v. Federal Trade Commission, et al.
C.A. No. 76-56

Sundstrand Corp. v. Federal Trade Commission, et al.
C.A. No. 76-60

### SOUTHERN DISTRICT OF NEW YORK

Airco, Inc., et al. v. Federal Trade Commission,
et al, C.A. No. 75 Civ. 17   (J. Weinfeld)

Lear Siegler, et al. v. Federal Trade Commission,
et al., C.A. No. 75 Civ 225

Minnesota Mining & Manufacturing Co., et al. v.
Federal Trade Commission, et al., C.A. No. 75 Civ. 657

White Consolidated Industries, Inc. v. Federal Trade
Commission, et al., C.A. No. 75 Civ. 698

Hershey Foods Corp. v. Federal Trade Commission,
et al., C.A. No. 75 Civ. 726

International Business Machines Corp., et al. v.
Federal Trade Commission, et al., C.A. No. 75 Civ. 743

The Bendix Corp. v. Federal Trade Commission, et al.
C.A. No. 75 Civ. 744

Time, Inc. v. Federal Trade Commission, et al.
C.A. No. 75 Civ. 763

Deering-Milliken, Inc. v. Federal Trade Commission
et al., C.A. No. 75 Civ. 764

Loews Corp. v. Federal Trade Commission, et al.
C.A. No. 75 Civ. 766

SCM Corp. v. Federal Trade Commission, et al.
C.A. No. 75 Civ. 781

Bristol-Myers Co. v. Federal Trade Commission, et al.
C.A. No. 75 Civ. 782

Whirlpool Corp. v. Federal Trade Commission, et al.
C.A. No. 75 Civ. 797

Times Mirror Co. v. Federal Trade Commission, et al.
C.A. No. 75 Civ. 817

Harris Corp. v. Federal Trade Commission, et al.
C.A. No. 75 Civ. 930

Carnation Co. v. Federal Trade Commission, et al.
C.A. No. 75 Civ. 1268

Airco, Inc., et al. v. Federal Trade Commission, et al.
C.A. No. 76 Civ. 89

Chamber of Commerce of the United States, et al. v.
Federal Trade Commission, et al., C.A. No. 76 Civ. 128

American Greetings Corp., et al. v. Federal Trade
Commission, et al., C.A. No. 76 Civ. 248

American Can Co., et al. v. Federal Trade Commission,
et al., C.A. No. 76 Civ. 297

Times Mirror Co. v. Federal Trade Commission, et al.
C.A. No. 76 Civ. 298

Bethlehem Steel Corp., et al. v. Federal Trade Commission,
et al., C.A. No. 76 Civ. 300

Ashland Oil, Inc. v. Federal Trade Commission, et al.
C.A. No. 76 Civ. 303

Deering Milliken, Inc. v. Federal Trade Commission, et al.
C.A. No. 76 Civ. 315

Lowes Corp. v. Federal Trade Commission, et al.
C.A. No. 76 Civ. 317

MDL-254 -- Schedule A (cont.) -- p. 4

American Greetings Corp., et al. v. Federal Trade Commission, et al., C.A. No. 76 Civ. 320

Cincinnati Milacron, Inc. v. Federal Trade Commission, et al., C.A. No. 76 Civ. 340

White Consolidated Industries, Inc. v. Federal Trade Commission, et al., C.A. No. 76 Civ. 398

Whirlpool Corp., v. Federal Trade Commission, et al. C.A. No. 76 Civ. 434

Roper Corp. v. Federal Trade Commission, et al. C.A. No. 76 Civ. 435

Continental Can Co., Inc. v. Federal Trade Commission, et al., C.A. No. 76 Civ. 484

Desoto, Inc. v. Federal Trade Commission, et al. C.A. No. 76 Civ. 492

The Sperry & Hutchinson Co., et al. v. Federal Trade Commission, et al., C.A. No. 76 Civ. 560

Whirlpool Corp., et al. v. Federal Trade Commission, et al., C.A. No. 76 Civ. 577

Morton-Norvich Products, Inc. v. Federal Trade Commission, et al., C.A. No. 76 Civ. 606

Bethlehem Steel Corp., et al. v. Federal Trade Commission, et al., C.A. No. 76 Civ. 607

Deering-Milliken, Inc. v. Federal Trade Commission, et al. C.A. No. 76 Civ. 622

Hughes Tool Co. v. Federal Trade Commission, et al. C.A. No. 76 Civ. 709

Macmillan, Inc. v. Federal Trade Commission, et al. C.A. No. 76 Civ. 1026

Federal Trade Commission v. Airco, Inc., et al. Misc. No. M18-304

## DISTRICT OF THE DISTRICT OF COLUMBIA

Federal Trade Commission v. Air Products and Chemicals, et al., Misc. No. 76-0064